BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLEDAD ODERON,<br><br>　　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC. d/b/a WAL-MART, a foreign Corporation; and DOES I – X; and ROES I-X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-01537-JAD-GWF<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 5th day of November, 2013.   DATED this 13th day of Nov., 2013.

FLANGAS MCMILLAN LAW GROUP          PHILLIPS, SPALLAS & ANGSTADT

Michelle Di Silvestro Alamis          Brenda H. Entzminger
3275 South Jones Boulevard, Suite 105  504 South Ninth Street
Las Vegas, Nevada 89146               Las Vegas, Nevada 89101
*Attorneys for Plaintiff*             *Attorneys for Defendant*
*Soledad Oderon*                      *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 14th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE