1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLEDAD ODERON, | Case No.: 2:13-cv-01537-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC. d/b/a WAL-MART, a foreign Corporation; and DOES I – X; and ROES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 5th day of November, 2013.          DATED this 13th day of Nov., 2013.

FLANGAS MCMILLAN LAW GROUP                     PHILLIPS, SPALLAS & ANGSTADT

Michelle Di Silvestro Alanis                   Brenda H. Entzminger
3275 South Jones Boulevard, Suite 105          504 South Ninth Street
Las Vegas, Nevada 89146                        Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                      *Attorneys for Defendant*
*Soledad Oderon*                               *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 14th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE